## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-02059-TLM |
| VAL R. COVERSTONE and, ) | |
| TERESE B. COVERSTONE ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| _____ ) | |

### ORDER
_____

Based on the Court's oral ruling entered this day, and good cause appearing,

IT IS HEREBY ORDERED that Trustee's "Motion to Amend or Withdraw the Responses to Debtors' First Set of Requests for Admission," Doc. No. 101, is GRANTED. Trustee will respond to Debtors' First Set of Requests for Admission within fourteen (14) days of entry of this Order.

Debtors' "Motion to Compel," Doc. No. 106, is GRANTED as to Debtors' Interrogatory No. 5, and DENIED in all other regards. Trustee will answer the interrogatory within fourteen (14) days of entry of this Order.

Debtors shall be awarded reasonable costs and attorneys' fees incurred in making their Motion to Compel. Debtors shall file an itemized statement of the costs and fees incurred in making this motion within ten (10) days of this Order.

ORDER - 1

Trustee shall file her objections to the same, if any, within ten (10) days of Debtors' statement being submitted.  The Court will evaluate that record and enter an order for the amount it deems appropriate, based solely on the parties' written submissions, unless the Court independently orders oral argument on the matter.

IT IS FURTHER ORDERED that all discovery in this case will close thirty (30) days from today, i.e., on December 23, 2010.  The Court will schedule, after consulting with counsel, a one-day evidentiary hearing on confirmation.  Final disclosures of witnesses and exhibits, and briefs, will be due fourteen (14) days before that hearing, consistent with this Court's July 19, 2010, ruling.

DATED: November 23, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER - 2